UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                    Case No. 8:05-cr-96-T-24TBM

-vs-

JAMIE PRESCOTT, et al.,

        Defendants.
_____/

## ORDER

This cause comes on for consideration upon the filing of Defendant. Jamie Prescott's Motion to Travel and to Modify the Terms of His Pretrial Release (Dkt. 32) (the "Motion to Travel and Modify"). Defendant seeks permission to travel outside of the Middle District of Florida to Montgomery, Michigan from Friday. June, 17, 2005. through Monday, June 20, 2005, to attend his sister's graduation on Saturday, June 18, 2005. In addition, the Defendant asks the Court to lift the restriction of home detention entirely, or in the alternative, grant Defendant's request to expand the distance restriction and time restraints of his home incarceration.

Defendant represents that the United States Attorney's Office does not object to any of the requests made in the Motion to Travel and Modify. Ms. Pat Dennard, the Pretrial Services Officer assigned to this case, informed the Court that while she had no objection to the Defendant's request to travel, or to the expansion of his distance restriction and time restraints, she did object to the request to lift home detention entirely.

Case 8:05-cr-00096-SCB-TBM   Document 43   Filed 06/13/05   Page 2 of 3 PageID 107


Defendant informs the Court that the current conditions of home incarceration and electronic monitoring make it difficult for Defendant to effectively work, see his children and use the facilities of the condominium complex where he resides in a condominium owned by his Grandfather, Gerald T. Prescott. The Defendant further adds that he has signed a plea agreement and fully cooperated with the Government and is not at risk to offend or otherwise violate the conditions of his Pretrial Release should the Court grant the requests made in the Motion to Travel and Modify.

Having been fully advised, it is **ORDERED** that Defendant's request to travel on the dates specified above is **GRANTED**. Defendant will be permitted to travel to Montgomery, Michigan from June 17 through June 20, 2005, provided that Defendant furnishes Pretrial Services with an itinerary prior to his departure and returns to his current residence in Belleair Beach, Florida on or before 9:00 p.m. on Monday, June 20, 2005.

It is further **ORDERED** that Defendant's request that the Court lift Defendant's home incarceration and electronic monitoring is **DENIED**. However, the Court will allow the Defendant to expand the distance restriction of his home incarceration. Defendant's distance restriction shall be modified to allow him to use the facilities of the complex in which he is residing, such as the pool and exercise room. However, Defendant shall at no time leave the grounds of the condominium complex, except as otherwise provided. Further, any such facility use shall be at the times specified in a

schedule pre-approved by Defendant's supervising Pretrial Services Officer. All other terms of the Defendant's Order of Release (Dkt. 20) remain in full force and effect.

**DONE** and **ORDERED** in Tampa, Florida on this 13th day of June, 2005.

MARY S. SCRIVEN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant